UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **Filiberto SANCHEZ Sanchez**<br><br>**Petitioner,**<br><br>v.<br><br>**Kristi NOEM, Secretary, U.S. Department of Homeland Security;**<br><br>**Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;**<br><br>**Michael T. ROSE, Field Office Director, Philadelphia, Immigration and Customs Enforcement,**<br><br>**Todd M. LYONS, Acting Director, Immigration and Customs Enforcement,**<br><br>**Carl ALDRIDGE, Warden, Western Regional Jail and Correction Facility**<br><br>**Respondents**. | Case No.   3:26-00067<br><br>**ORDER TO SHOW CAUSE** |

Upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No. 1), IT IS HEREBY ORDERED that:

1. Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by Monday, February 2, 2026.

2. Petitioner shall have an opportunity to file a reply by Wednesday, February 4, 2026, at 12:00 PM.

3. This matter shall be heard by this Court on **Friday, February 6, at 10:30 a.m.** or such other hour set by the Court.

4. Respondents shall not remove or facilitate the removal of Petitioner from the Southern District of West Virginia pending further order of the Court

5. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by 5:00 p.m. on Thursday, January 29, 2026, and shall constitute good and sufficient service on the federal defendants.

6. Service of this Order shall be made by Petitioner on Carl Aldridge, Superintendent, Western Regional Jail, or an agent of Superintendent Alridge at the Western Regional Jail, by 5:00 p.m. on Thursday, January 29, 2026, and shall constitute good and sufficient service on Superintendent Aldridge.

Entered:   January 29, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

|  | **Prepared and submitted,**<br>**COUNSEL FOR PETITIONER,** |
|---|---|
|  | /s/ *Lesley M. Nash* |
| David E. Funke | Lesley M. Nash (WVSB #14158) |
| *Pro Hac Vice* Pending | Mountain State Justice, Inc. |
| KY BAR NO. 83399 | 1029 University Ave., Ste. 101 |
| 1890 Lyda Ave. Ste 201 | Morgantown, WV 26505 |
| Bowling Green, KY 42104 | Phone: (304) 326-0188 |
| Phone: (502) 494-5026 | lesley@msjlaw.org |
| davidefunke@gmail.com |  |