IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILIBERTO SANCHEZ SANCHEZ,

            PETITIONER,

v.                                           CIVIL ACTION NO. 3:26-0067

KRISTI NOEM, Secretary,
U.S. Department of Homeland Security;
PAMELA BONDI, U. S. Attorney General,
Executive Office for Immigration Review;
MICHAEL T. ROSE, Field Office Director,
Philadelphia, Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement;
CARL ALDRIDGE, Warden,
Western Regional Jail and Correction Facility,

            RESPONDENTS.

**ORDER**

Pending before the Court is Federal Respondents' Motion to Exceed Page Limit for Response to Order to Show Cause and Motion to Dismiss, ECF No. 16, and Petitioner's Motion to Exceed Page Limit for his Reply in Support of Petition for Habeas Corpus. ECF No. 17. The Court finds that Federal Respondents and Petitioner have shown good cause as required under L.R. Civ. P. 7.1(a)(2). Accordingly, the Court **GRANTS** both motions (ECF Nos. 16, 17).

Federal Respondents informed the Court of a scheduling conflict with the Show Cause Hearing scheduled before this Court for tomorrow, February 6, 2026, at 10:30 a.m. ECF No. 18. As the conflict has since been resolved, the hearing will proceed as scheduled.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

          ENTER:    February 5, 2026

          ROBERT C. CHAMBERS
          UNITED STATES DISTRICT JUDGE