IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILIBERTO SANCHEZ SANCHEZ,

          PETITIONER,

v.                                           CIVIL ACTION NO. 3:26-0067

KRISTI NOEM, Secretary,
U.S. Department of Homeland Security;
PAMELA BONDI, U. S. Attorney General,
Executive Office for Immigration Review;
MICHAEL T. ROSE, Field Office Director,
Philadelphia, Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement;
CARL ALDRIDGE, Warden,
Western Regional Jail and Correction Facility,

          RESPONDENTS.

## ORDER

      Pending before the Court is Petitioner Filiberto Sanchez Sanchez's Petition for Writ of Habeas Corpus. ECF No. 1. On January 30, 2026, Federal Respondents Pam Bondi, Todd M. Lyons, Kristi Noem, and Michael T. Rose filed a notice indicating that Petitioner was transferred out of the district on January 29, 2026. *Notice,* ECF No. 15. At the hearing before the Court on February 6, 2026, and within briefings, both parties agree that, at the time of filing of the Petition, Petitioner was detained at Western Regional Jail under the immediate custody of Respondent Carl Aldridge. *Response* 8, ECF No. 20; *Petition* ¶¶ 18, 21, ECF No. 1. As such, this Court retains jurisdiction and may grant habeas relief only within its jurisdiction. *Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004); 28 U.S.C. § 2241(a).

-2-

Accordingly, Federal Respondents are **ORDERED** to arrange, effectuate, and facilitate the Petitioner's return to the Southern District of West Virginia **no later than Friday, February 13, 2026.** The Federal Respondents are **ORDERED** to provide the Court with a status report concerning their compliance to this Order by **Noon on Monday, February 9, 2026**, and to provide the Court with an additional update when the Petitioner is returned.

The balance of the Show Cause Hearing is **CONTINUED** to **Wednesday, February 18, 2026, at 1:30 p.m.,** to be completed with Petitioner present in Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and any unrepresented party.

        ENTER:    February 6, 2026

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE