IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILIBERTO SANCHEZ SANCHEZ,

          PETITIONER,

v.                                     CIVIL ACTION NO. 3:26-0067

KRISTI NOEM, Secretary,
U.S. Department of Homeland Security;
PAMELA BONDI, U. S. Attorney General,
Executive Office for Immigration Review;
MICHAEL T. ROSE, Field Office Director,
Philadelphia, Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement;
CARL ALDRIDGE, Warden,
Western Regional Jail and Correction Facility,

          RESPONDENTS.

ORDER

      The Court initiated a Show Cause Hearing on February 6, 2026, for Petitioner Filiberto Sanchez Sanchez's pending Petition for Writ of Habeas Corpus. ECF No. 1. Also pending is Federal Respondents'[1] Motion to Dismiss. ECF No. 20. For the reasons stated at today's hearing, the Court rules as follows:

1) The Court deferred any finding on the application of the "Bond Eligible Class," certified in *Maldonado Bautista v. Santacruz,* No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025)*,* to this Petition.

---

[1] Kristi Noem, Pamela Bondi, Michael T. Rose, and Todd M. Lyons.

2) The Court heard argument and rejected the Federal Respondents' claim that this Court lacks jurisdiction under judicial review stripping provisions 8 U.S.C. §§ 1252(b)(9) and 1252(g). *Resp.* 2, ECF No. 20. On these grounds, the Federal Respondents' Motion to Dismiss was **DENIED**. ECF No. 20.

3) The Court reset the Show Cause Hearing to Wednesday, February 18, 2026, at 1:30 p.m., to address the balance of the matters in the Petition with Petitioner present in Court. In the absence of Petitioner, the Court can only consider matters of law. 28 U.S.C § 2243.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:   February 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE