IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FILIBERTO SANCHEZ SANCHEZ,

PETITIONER,

v.                                                                    CIVIL ACTION NO. 3:26-0067

KRISTI NOEM, Secretary,
U.S. Department of Homeland Security;
PAMELA BONDI, U. S. Attorney General,
Executive Office for Immigration Review;
MICHAEL T. ROSE, Field Office Director,
Philadelphia, Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement;
CARL ALDRIDGE, Warden,
Western Regional Jail and Correction Facility,

RESPONDENTS.

**ORDER**

Pending before the Court is Petitioner Filiberto Sanchez Sanchez's Amended Petition for Writ of Habeas Corpus. ECF No. 1; *Am. Pet.,* ECF No. 30. This Court previously denied Federal Respondents' Motion to Dismiss. *Order*, ECF No. 25.[1]

The Court re-scheduled the Show Cause Hearing on the Petition, however, both parties

---

[1] Federal Respondents ("the Government") include Kristi Noem, Secretary of U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General, Executive Office for Immigration Review; Michael T. Rose, Field Office Director, Philadelphia, Immigration and Customs Enforcement; and Todd M. Lyons, Acting Director of Immigration and Customs Enforcement. Carl Aldridge, Warden of Western Regional Jail and Correction Facility, is also a respondent. Mr. Aldridge responded separately that he "should be treated as nothing more than a nominal Respondent" and "defers to the Federal Respondents' position." *Resp. by Carl Aldridge.* 2, ECF No. 14.

agreed that a hearing is not necessary given the briefing and similarity in legal argument previously presented before this Court.[2] As such, the hearing scheduled for Wednesday, February 18, 2026, is **CANCELLED**. The Court thoroughly has considered the briefing, and without the need for a hearing, the Petition is ripe for review.

For the reasons stated in the forthcoming Memorandum Opinion and Order, the Amended Petition for Writ of Habeas Corpus is **GRANTED**. ECF No. 30. Respondents are **ORDERED** to release Petitioner Filiberto Sanchez Sanchez from civil immigration custody immediately. The Court further **ORDERS** Respondents to facilitate the prompt return of any of Petitioner's seized property, including legal documents. Respondents are **PROHIBITED** from re-arresting and detaining Petitioner pending further order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:       February 17, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

---

[2] *See Joint Stip. Regarding Am. Pet.* 2, ECF No. 31 ("Accordingly, the Parties respectfully submit to this Court that additional briefing regarding the Amended Petition in this matter is not necessary and further submit that, consistent with this Court's orders in *Fernandez Flores et al. v. Aldridge et al.*, Civ. Act. No. 3:26-cv-00082, Dkt. No. 41; *Noa Jipa v. Aldridge et al.*, Civ. Act. No. 3:26-cv-00086, Dkt. No. 19; and *Estrada Reyes v. Aldridge et al*, Civ. Act. No. 3:26-cv-00084, Dkt. No. 21, the Court may consider and rule on this Amended Petition without the need for a hearing.").